| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Donald Iwuchuku, Esq.** **LAW OFFICES OF DONALD IWUCHUKU** **2600 W. Olive St., Ste 500** **Burbank, CA 91505** **818.333.5035 Fax: 213.805.8040** **181726 CA** **donaldiwuchuku@gmail.com** ☐ *Individual appearing without attorney* ☑ *Attorney for:*  **DEBTOR** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: **Iveth Calderon** | CASE NO: **6:26-bk-13602-RB** CHAPTER __13__ |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** **(with supporting declarations)** |
| Debtor(s). | DATE:  **TBD** TIME:   **TBD** COURTROOM:  **301 (Zoom.gov)** PLACE:  **3420 Twelfth Street, Riverside, CA 92501** |

**Movant: Iveth Calderon**

1. NOTICE IS HEREBY GIVEN to **Onity Mortgage Corporation; Cutt and Dry Restoration LLC** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties),  their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

☐ **255 East Temple Street, Los Angeles, CA 90012**       ☐ **411 West Fourth Street, Santa Ana, CA 92701**
☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**   ☐ **1415 State Street, Santa Barbara, CA 93101**
☑ **3420 Twelfth Street, Riverside, CA 92501**

3.  a.  ☐   This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1.  If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

   b.  ☑   This motion is being heard on SHORTENED NOTICE.  If you wish to oppose this motion, you must appear at the hearing.  Any written response or evidence must be filed and served: ☑ at the hearing  ☐ at least ___ days before the hearing.

   (1) ☐   An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐   An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 4001-1.IMPOSE.STAY.MOTION**

(3) ☑ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending.  Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:   **June 15, 2026**

**Law Offices of Donald Iwuchuku**
Printed name of law firm (if applicable)

**Donald Iwuchuku, Esq.**
Printed name of individual Movant or attorney for Movant

**/s/ Donald Iwuchuku, Esq.**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page  2              **F 4001-1.IMPOSE.STAY.MOTION**

## MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:  Iveth Calderon**

1. **The Property or Debt at Issue:**
   a. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):
   ☐ Vehicle *(describe year, manufacturer, type, and model)*:
   Vehicle Identification Number:
   Location of vehicle *(if known):*

   ☐ Equipment *(describe manufacturer, type, and characteristics):*
   Serial number(s):

   Location *(if known)*:

   ☐ Other Personal Property *(describe type, identifying information, and location):*

   ☑ Real Property
   Street Address:  **13217 Snowdrop St**
   Apt./Suite No.:
   City, State, Zip Code:  **Eastvale, CA  92880**
   Legal description or document recording number(include county of recording):  **APN: 164-392-014-2**

   ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor)  **(see below)**  to secure the sum of approximately $ **(see below)**  now owed. (Secured Creditor/Lessor).  Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached.  (*Attach additional sheets as necessary*)

   b. ☑ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☑ Movant moves for an order **imposing a stay** as to *all creditors.*

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☐ Movant moves for an order **continuing the automatic stay** as to *all creditors*.

2. **Case History:**
   a. ☑ A voluntary   ☐ An involuntary petition concerning an individual[s] under chapter   ☐ 7   ☐ 11   ☐ 12
   ☑ 13 was filed concerning the present case on *(specify date)*:  **May 5, 2026**

   b. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case.  These cases and the reasons for dismissal are:

    1.  Case name: **In re Iveth Calderon**
        Case number:  **6:25-bk-18335-RB**     Chapter: **13**
        Date Filed:      **11/20/2025**     Date dismissed: **12/08/2025**
        Relief from stay re this Property     ☐ was     ☑ was not granted
        Reason for dismissal: **failure to file information**

    2.  Case name: **In re Iveth Calderon**
        Case number:  **6:26-bk-11356-RB**     Chapter: **13**
        Date Filed:      **2/26/2026**     Date dismissed: **4/13/2026**
        Relief from stay re this Property     ☐ was     ☑ was not granted
        Reason for dismissal: **failure to file information**

    ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2).  If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was  **6/17/2026**  and the court ☐ has ☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2).  The extended date *(if applicable)* is  **n/a**  .

g. ☐ In a previous case(s), as of the date of dismissal there was:
    ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
    ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: **13217 Snowdrop St. Eastvale, CA 92880**    $ **804,400.00**
    2. Creditor/Lien amount: **Onity Mortgage Corporation**    $ **554,176.38**
    3. Creditor/Lien amount: **Cutt and Dry Restoration LLC**    $ **4,563.00**
    4. Creditor/Lien amount:__    $__
    5. Creditor/Lien amount:__    $__
    6. Total Liens    $ **558,739.38**
    7. Debtor's Homestead Exemption    $ **250,223.62**
    8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $__

b) 1. Propery description/value:__    $__
    2. Creditor/Lien amount:__    $__
    3. Creditor/Lien amount:__    $__
    4. Creditor/Lien amount:__    $__
    5. Creditor/Lien amount:    $__
    6. Total Liens    $__
    7. Debtor's Homestead Exemption    $__
    8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $__

    ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 4        **F 4001-1.IMPOSE.STAY.MOTION**

4.  **Grounds for Continuing the Stay:**

a.   ☐ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

   1.   ☐ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

     A.   ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);
     B.   ☐ Good faith is shown because __

       ☐ See attached continuation page

   2.   ☐ The Property is of consequential value or benefit to the estate because:

     A.   ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);.*

     B.   ☐ The Property is necessary to a reorganization for the following reasons: __

       ☐ See attached continuation page

     C.   ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __

       ☐ See attached continuation page

   3.   ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

     A.   ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
     B.   ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
     C.   ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because __

       ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                           Page  5                           **F 4001-1.IMPOSE.STAY.MOTION**

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation  page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons __

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome                  in this case because __

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**

a. ☑ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

   1. ☑ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page  6                    **F 4001-1.IMPOSE.STAY.MOTION**

2.   ☑   The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:   **(*See* Debtor's Declaration)** .

☐ See attached continuation page

3.   ☑   The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*:  **(*See* Debtor's Declaration)**

☐ See attached continuation page

b.   ☑   The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1.   ☐   The prior  dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

2.   ☑   Good faith is shown because  **(*See* Debtor's Declaration)**

☐ See attached continuation page

c.   ☑   The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1.   ☑   Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:   **(*See* Debtor's Declaration)**

☐ See attached continuation page

2.   ☑   Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3.   ☑   Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because  **(*See* Debtor's Declaration)**

☐ See attached continuation page

---

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

5. ☑ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: **(See Debtor's Declaration)**

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☑ For the following additional reasons **(See Debtor's Declaration)**

☐ See attached continuation page

7. ☑ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because **(See Debtor's Declaration)**

☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

a. ☑ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.

b. ☐ Other Declaration(s) are also attached in support of this Motion

c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.

d. ☐ Other evidence *(specify)*: __

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested):*

1. ☐ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 8                    **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☑ That a Stay be imposed as to all creditors until further order of the court..

5. ☑ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☑ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.

Date: **June 15, 2026**

Respectfully submitted,
**IVETH CALDERON**
_____
Movant Name
**Law Offices of Donald Iwuchuku**
_____
Firm Name of attorney for Movant (if applicable)

**/s/ Donald Iwuchuku, Esq.**
_____
Signature
**Donald Iwuchuku, Esq.**
_____
Printed Name of Individual Movant or Attorney for Movant

# DECLARATION OF MOVANT

I **DONALD IWUCHUKWU, ESQ.** , am the **attorney** of Movant. I have read the foregoing motion consisting of __ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**June 15, 2026**              **Donald Iwuchuku, Esq.**                **/s/ Donald Iwuchuku, Esq.**
_____         _____         _____
*Date*                       *Printed name of declarant*                      *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                      Page 9                      **F 4001-1.IMPOSE.STAY.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2600 W. Olive St., Ste 500**
**Burbank, CA 91505**

A true and correct copy of the foregoing document entitled (*specify*):   __**Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)   __**6/16/2026**__   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amitkumar Sharma**
**amit.sharma@aisinfo.com**

**Joseph C Delmotte**
**ecfcacb@aldridgepite.com**

**Rod Danielson (TR)**
**notice-efile@rodan13.com**

**Sarah Arlene Dooley-Lewis**
**sdooleylewis@raslg.com**

**Avi Schild**
**bk@atlasacq.com**

**United States Trustee (RS)**
**ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*)   __**6/16/2026**__   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Iveth Calderon**
**13217 Snowdrop St**
**Eastvale, CA 92880**

**Ally Bank c/o AIS Portfolio Services, LLC**
**4515 N Santa Fe Ave. Dept. APS**
**Oklahoma City, OK 73118**

**Deutsche Bank National Trust Company**
**Robertson, Anschutz, Schneid, Crane & Pa**
**13010 Morris Rd., Suite 450**
**Alpharetta, GA 30004**

**Onity Mortgage Corporation**
**f/k/a PHH Mortgage Corporation**
**P.O.. Box 24738**
**West Palm Beach, FL  33416**

**Neighbor to Neighbor Homes LLC**
**Attn: Wedgewood LLC**
**2015 Manhattan Beach Blvd., Ste 100**
**Redondo Beach, CA 90278**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Neighbor to Neighbor Homes LLC**
**c/o Cogency Global, Inc.**
**Attn: Erin Haggerty**
**1325 J Street, Ste 1550**
**Sacramento, CA 95814**

**PHH Mortgage Corporation**
**Attn: Bankruptcy Dept.**
**P.O. Box 24605**
**West Palm Beach, FL 33416-4605**

**PHH Mortgage Corporation**
**aka PHH Mortgage Services**
**P.O. Box 24738**
**West Palm Beach, FL 33416**

**Western Progressive LLC**
**c/o CSC - Lawyers Incorporating Svc**
**2710 Gateway Oaks Drive, Ste 150N**
**Sacramento, CA 95833**

**Western Progressive, LLC**
**33, Boulevard Prince Henri**
**Luxembourg City, L-1724**

**Pinnacle Credit Services, LLC**
**Resurgent Capital Services**
**PO Box 10587**
**Greenville, SC 29603-0587**

**Bounce AI, Inc**
**333 Metro Park**
**Suite S-205**
**Rochester, NY 14623**

**VW Credit Inc.**
**c/o CSC - Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Ste 150N**
**Sacramento, CA 95833**

**VW Credit, Inc.**
**c/o Jan Ebert, CFO**
**1401 Franklin Blvd.**
**Libertyville, IL 60048**

**Cutt and Dry Restoration, LLC**
**c/o Brandon S. Hilton, CEO/Manager**
**1813 Ronald Ct.**
**Modesto, CA  95350**

☑ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 11                        **F 4001-1.IMPOSE.STAY.MOTION**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2026 | Donald Iwuchuku, Esq. | /s/ Donald Iwuchuku, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 12              **F 4001-1.IMPOSE.STAY.MOTION**

Label Matrix for local noticing
0973-6
Case 6:26-bk-13602-RB
Central District of California
Riverside
Wed Jun 10 08:24:51 PDT 2026

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Deutsche Bank National Trust Company
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Bounce AI, Inc
333 Metro Park
Suite S-205
Rochester, NY 14623-2632

PHH Mortgage Services
PO BOX 24738
West Palm Beach, FL 33416-4738

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Iveth Calderon
13217 Snowdrop St
Eastvale, CA 92880-3173

Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501-3332

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Deutsche Bank National Trust Company, as T

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    11
Bypassed recipients     3
Total                  14

Donald Iwuchuku, Esq.
**LAW OFFICES OF DONALD IWUCHUKWU**
2600 W. Olive Ave., Ste 500
Burbank, CA 91505
Tel: 818-333-5035
Fax: 213-805-8040
Email: donaldiwuchuku@gmail.com
SBN: 181726

DONALD E. IWUCHUKU, Esq.
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No.: 6:26-bk-13602-RB |
| IVETH CALDERON, | Chapter 13 |
| Debtor(s). | **DECLARATION OF IVETH CALDERON IN SUPPORT OF MOTION TO IMPOSE/CONTINUE THE AUTOMATIC STAY** |
| | Date:  TBD<br>Time:  TBD<br>Crtm:  301 (Zoom.Gov)<br>Place:  3420 Twelfth Street, Riverside, CA 92501 |

I, IVETH CALDERON, declare as follows:

1.    That I am the debtor in this case filed with this Honorable Court on May 5, 2026.

2.    This is the 3rd bankruptcy pending within the last 12-months.

3.    I filed the instant and prior bankruptcy cases to save my real property commonly known as 13217 Snowdrop St., Eastvale, CA 92880 (the "subject property") from eminent foreclosure.

4.    The first bankruptcy case pending within the last 12-months was a Chapter 13 case filed on November 20, 2025, assigned case number 6:25-bk-18335-RB ("1st BK").

5.    My 1st BK was filed *PRO SE* initially as an emergency petition whereby the remainder of my deficient documentation was due December 4, 2025.

6.    On December 8, 2025, the Court entered an Order dismissing my 1st BK for failure to file the Schedules, Statements, and/or Plan.

7.    My second bankruptcy case pending within the last 12-months was a Chapter 13 case filed on February 26, 2026, assigned case number 6:26-bk-11356-RB ("2nd BK").

8.    My 2nd BK was filed *PRO SE* initially as an emergency petition whereby the remainder of my deficient documentation was due March 12, 2026.

9.    On March 12, 2026, I filed a Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan ("Motion to Extend Deadline") in my 2nd BK.

10.    On March 12, 2026, this Honorable Court granted my Motion to Extend Deadline, extending the deadline to April 3, 2026, in my 2nd BK.

11.    On April 13, 2026, my 2nd BK was dismissed for failure to file the Schedules, Statements, and/or Plan.

12.    The circumstances for my failure to complete my deficient documents in my 1st BK and 2nd BK stem back to multiple misrepresentations by a company I reasonably believed was a law firm.

13.    In November 2025, I retained Real Estate Solutions Law Firm, located at 468 N. Camden Dr., 2nd Floor, Beverly Hills, California 90210 ("RESLF"), to represent me in connection with saving my home from foreclosure. RESLF advised me that they intended to pursue several legal strategies on my behalf, including loss mitigation efforts, an injunction, and a temporary restraining order ("TRO") to stop my mortgage lender from proceeding with the foreclosure sale of my residence.

14.    As the foreclosure sale date of November 20, 2025 approached, RESLF informed me that there was insufficient time for their legal strategy to be fully implemented and advised me, for my protection, to file my 1st BK.

15.    The law firm represented to me that they would review my loan documents and pursue loss mitigation and loan compliance efforts to compel the lender to properly evaluate me for a loan modification, especially because my previous modification attempts had already been denied.

16.    Shortly after my 1st BK was filed, RESLF advised me that pursuing an injunction, TRO, and loss mitigation strategy would allegedly provide a stronger opportunity to save my home than continuing to actively prosecute the Chapter 13 bankruptcy case. Consequently, RESLF caused my 1st BK to get dismissed by failing to complete the deficient petition documents timely.

17. I was informed by RESLF that the Trustee's Sale of my home was postponed to February 26, 2026.

18. On February 19, 2026, I suffered a personal injury that required me to urgently leave town for medical and personal reasons.

19. While dealing with my injury and the ongoing issues caused by the lack of effective legal assistance, I attempted to proceed *pro se* and filed motions requesting additional time to submit required documents and continue my 2nd BK.

20. Unfortunately, due to mail theft issues occurring in my neighborhood, I did not receive certain notices and was unaware that filing deadlines had passed, resulting in dismissal of the second bankruptcy matter.  In fact, these perpetrators went so far as to damage my mailbox so that my mail would be left on top or around the general mailbox to then steal my mail.  I only became aware of this after receiving a notice from the U.S. Postal Service that my mailbox was broken (*See* **EXHIBIT A**).

21. Following dismissal of the 2nd BK, I was forced to file the instant bankruptcy case in another good-faith effort to preserve my home. Since that time, I have struggled to obtain replacement counsel.

22. My home was ultimately placed for foreclosure sale again on May 7, 2026, and the sale proceeded despite my ongoing efforts to protect my residence and work toward a resolution with the lender.

23. On or about May 12, 2026, I was informed that a company named NEIGHBOR TO NEIGHBOR HOMES LLC ("NEIGHBOR") was the winning bidder at the foreclosure sale.

24. Based on my knowledge and reasonable belief, I thereon allege that NEIGHBOR did not purchase the property to occupy the property as its principal residence.

25. Based on my knowledge and reasonable belief, I thereon allege that NEIGHBOR is not an eligible tenant bidder because NEIGHBOR was not my tenant.

26. Based on my knowledge and reasonable belief, I thereon allege that NEIGHBOR is not a nonprofit association, nonprofit corporation, or cooperative corporation in which an eligible tenant buyer is a voting member or director because I did not have a tenant occupying the subject property when the Trustee's Sale took place.

27. Based on my knowledge and reasonable belief, I thereon allege that NEIGHBOR is not a limited liability company wholly owned by one or more eligible nonprofit corporations as described above.

28. Based on my knowledge and reasonable belief, I thereon allege that NEIGHBOR is not a community land trust, a limited-equity housing cooperative, the State, the Regents of the University of California, a county, city, district, public authority, or public agency, and any other political subdivision in the State.

29. Based on my knowledge and reasonable belief, I thereon allege that NEIGHBOR operates primarily as a real estate investment, property flipping, and development organization.  NEIGHBOR **is not** a prospective owner-occupant.

30. Based on my knowledge and reasonable belief, I thereon allege that a Trustee's Sale of a single-family residence **shall not** be deemed final for 45-days if sold to a non-prospective owner-occupant until all requirements of California's post-foreclosure bid process under CA Civil Code Section 2924m ("CIV 2924m") are satisfied.

31. Based on my knowledge and reasonable belief, I thereon allege that when CIV2924m is triggered, title to the property shall remain with the trustor (me) until the property is deemed final.

32. On May 12, 2026, after addressing the mail theft issue with the U.S. Postal Service, I received correspondence from ONITY MORTGAGE CORPORATION ("ONITY"), my mortgage lender, acknowledging that I had a pending bankruptcy case and offering potential mortgage assistance and home retention options (*See* **EXHIBIT B**).

33. On or about May 22, 2026, I received a mortgage statement from ONITY dated May 19, 2026 acknowledging that, "If your bankruptcy plan requires you to send regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us." (*See* **EXHIBIT C**).

34. On June 3, 2026, NEIGHBOR posted a Notice of Third-Party Purchase of Property on my door (*See* **EXHIBIT D**).

35. The entire process, including dealing with ONITY and the misrepresentations by REESLF, has caused me severe emotional, physical, and financial hardship resulting from my inability to work a regular workday due to the severe emotional distress until recently.

DECLARATION IN SUPPORT OF MOTION TO IMPOSE/CONTINUE THE AUTOMATIC STAY

36. Presently, I work as a sales agent for C H Robinson through my business, CR Transportation, Inc., wherein I earn approximately $7,000.00 monthly net income.

37. I have further improved my financial position by canceling unnecessary subscription services and restructuring my monthly expenditure, resulting in improved cash flow and tighter budget control.

38. Most notably, I am now represented by bankruptcy counsel in the instant case and have taken affirmative steps to ensure full compliance with all filing, payment, and reporting requirements going forward.

39. Now that I have retained bankruptcy counsel, my affairs are in order, I am in better health, and my family is more stable, I reasonably believe I have filed the instant case and proposed my Chapter 13 Plan in good faith and am able to provide for a feasible and confirmable Chapter 13 Plan.

40. My intent has always been to save my home from foreclosure and repay the mortgage default to ONITY.

41. I pray this Court considers the totality of my circumstances, change in personal, and improved financial circumstances and grants this Motion to Impose the Automatic Stay.


I declare under penalty of perjury under the laws of California that the above is true and correct and that this declaration was completed this 16th day of June 2026 in Burbank, California.




IVETH CALDERON



**EXHIBIT  A**



Onity Mortgage | PO Box 24738
West Palm Beach, FL 33416

Tel: 1-855-516-3887
Fax: 1-856-917-8300

5-814-DYF05-0003840-001-01-000-000-000-000



IVETH CALDERON
13217 SNOWDROP ST
CORONA CA 92880-3173

**Property Address:**
13217 Snowdrop St
Corona CA 92880-3173

May 12, 2026

Account Number: 7143003890

This communication is from Onity Mortgage Corporation ("Onity Mortgage"), formerly known as PHH Mortgage Corporation.

## MORTGAGE ASSISTANCE OPTIONS MAY STILL BE AVAILABLE

Dear Customer(s),



**Why We Are
Sending This
Letter**

We have received notification of the recent filing for bankruptcy protection associated with this account.

**This letter is not an attempt to collect a protected debt.** We do, however, wish to advise of certain **mortgage assistance options that may still be available** on the account.

Please read this letter carefully.

Any mortgage assistance options **will be subject to the approval of the bankruptcy court.** Additionally, **an authorization from the bankruptcy counsel may be required.**



**What Needs
To Be Done**

To determine eligibility for mortgage assistance, please complete the Mortgage Assistance Application. Visit MortgageQuestions.com/Tools_Resources for instructions on filling out an application including financial documentation.

**What We
Will Do**

The application package includes questions about the household income and current financial situation. Submitting the application package is completely voluntary; however, a complete application will allow us to determine eligibility for all available assistance programs.

We will send an acknowledgement letter as soon as we receive the application to let you know whether it is complete or missing necessary information. Once we receive a complete package, the review may take up to

---

NMLS: 2726                     www.MortgageQuestions.com                                    XC324

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

# EXHIBIT  B
Page 1



**ONIT.Y**

Onity Mortgage | PO BOX 24738
West Palm Beach FL 33416

5/19/26 9:25AM 166 086959 Q93531-15 I041 1_1OZ DOM  Q935310000  I041 PHMS

IVETH CALDERON
13217 SNOWDROP ST
CORONA CA 92880-3173

## Mortgage Statement

| Account number: | Statement date: 05/19/2026 |
|---|---|
| 7143003890 | Payment date: 6/1/2026 |

**Payment Amount:**
**$2,614.91**

## Need Help?

**Visit us online:** www.MortgageQuestions.com
**Customer service**   1-855-516-3887
**We're here to help:**  Monday - Friday 8:00 am to 9:00 pm ET
Saturday 8:00 am to 5:00 pm ET

## Important Information

This communication is from Onity Mortgage Corporation ("Onity Mortgage"), formerly known as PHH Mortgage Corporation.

## Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

To stop receiving statements, write to us at: Onity Mortgage Corporation | PO Box 24736 | West Palm Beach, FL 33416

## Explanation of Payment Amount

Escrow $936.72

Regular Payment $2,614.91

Interest $896.77

Principal $781.42

### (Post-Petition Payment)

| | |
|---|---|
| Regular payment | $2,614.91 |
| Total new fees and charges | $0.00 |
| Outstanding fees and charges | $0.00 |
| Past unpaid amount | $0.00 |
| **Total Payment Amount** | **$2,614.91** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

## Account Information

Property address:
13217  SNOWDROP ST
CORONA, CA 92880-3173

| | |
|---|---|
| Outstanding balance (not payoff amount) | $554,176.38 |
| Current interest rate | 2.0000 % |
| Prepayment penalty | No |
| Escrow balance | -$20,213.46 |
| Suspense balance | $0.00 |
| Maturity date | 2/1/2036 |

## Past Payments Breakdown

| | Paid since last statement | Paid year to date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (taxes and/or Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Optional products | $0.00 | $0.00 |
| Partial payment (unapplied/suspense)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

This statement may not show recent payments sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.

*Partial Payments: Any partial payments listed here are not applied to the account, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to the account.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for a payoff quote

1 of 3

Complete this coupon; tear it off and return with your check

Account number : 7143003890
IVETH CALDERON

| | |
|---|---|
| Payment date | 6/1/2026 |
| Total payment amount | $2,614.91 |

| Payment Amount | $2,614.91 |
|---|---|
| Extra principal | $ |
| Extra escrow | $ |
| Unpaid late charges | $ |
| Other (specify) _____ | $ |
| **Total check enclosed** | $ |

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal. Please write your account number on your check and make it payable to Onity Mortgage Corporation



Onity Mortgage Corporation
ATTN:SV 19
PO BOX 24781
WEST PALM BEACH FL 33416-4781

# EXHIBIT  C

99  954  7143003890  0000269880  0000261491  8

# NOTICE OF
# THIRD PARTY PURCHASE OF PROPERTY

(Prior Owners Name) _CALDERON  IVETH_

(Property Address) _13217 SNOWDROP, CORONA  92880_

NOTICE IS HEREBY GIVEN that on _5/7/26_, _NEIGHBOR TO NEIGHBOR HOMES_, LLC, has purchased the property you currently occupy, located at: _13217 SNOWDROP, CORONA  92880_

Please contact the undersigned at _909-942-0761_ as soon as possible.

### WE WOULD LIKE TO WORK WITH YOU TO MAKE THIS AN AMICABLE TRANSITION.

Dated: _6/3/26_

_____
Authorized agent of Owner

---

# AVISO DE
# COMPRA DE LA PROPIEDAD POR PARTE DE UN
# TERCERO

(Prior owners name)_____

(Property address)_____

AVISO que en_____, _____, LLC, ha comprado la propiedad que usted actualmente ocupa, localizada en:

Por favor comuníquese con Manuel Rodriguez al siguiente número (310)321-8092 inmediatamente.

### Quisiéramos trabajar con usted para hacer esto una transición amistosa.

Fecha:_____

_____
Manuel Rodriguez
Agente autorizado del dueño

EXHIBIT  D