| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Donald Iwuchuku, Esq.**<br>**LAW OFFICES OF DONALD IWUCHUKU**<br>**2600 W. Olive St., Ste 500**<br>**Burbank, CA 91505**<br>**818.333.5035 Fax: 213.805.8040**<br>California State Bar Number: **181726 CA**<br>donaldiwuchuku@gmail.com | **FILED & ENTERED**<br><br>**JUN 17 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for: DEBTOR* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| In re:<br><br>    **Iveth Calderon**<br><br><br><br><br><br><br><br>                      Debtor(s) | CASE NO.: **6:26-bk-13602-RB**<br>CHAPTER: **13**<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (name):  IVETH CALDERON

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion:* **MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**

    b. *Date of filing of motion:*    **6/16/2026**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Date of filing of Application:*   **6/16/2026**

3.   Based upon the court's review of the application, it is ordered that**:**

a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

b. ☒ The Application is granted, and it is further ordered that**:**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing Date:  June 18, 2026**<br><br>**Time:  2:00 p.m.**<br><br>**Courtroom:  301**<br><br>IN PERSON AND REMOTE APPEARANCE | **Place:**<br>☐ **255 East Temple Street, Los Angeles, CA 90012**<br><br>☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**<br><br>☒ **3420 Twelfth Street, Riverside, CA 92501**<br><br>☐ **411 West Fourth Street, Santa Ana, CA 92701**<br><br>☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date:  **June 17, 2026**<br><br>Time:  **5:00 p.m.** | **All relevant parties**<br><br>☐ See attached page<br><br>(C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A)   ☒  Personal Delivery   ☒  Overnight Mail   ☐  First class mail   ☒  Facsimile*   ☒  Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date:  **June 17, 2026**<br><br>Time:  **5:00 p.m.** | **All relevant parties**<br><br>☐ See attached page<br><br>(D) *Service is also required upon*:<br>    -- United States trustee *(electronic service is not permitted)*<br>    -- Judge's copy personally delivered to chambers<br>    *(see Court Manual for address)* |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A)   ☒  Personal Delivery   ☒  Overnight Mail   ☐  First class mail   ☒  Facsimile*   ☒  Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 2 | **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:*<br><br>Date:  **June 17, 2026**<br><br>Time:  **5:00 p.m.** | (C) *Persons/entities to be served with motion, declarations, supporting documents:*<br><br>      **All relevant parties**<br><br>☐ See attached page<br><br>(D) *Service is also required upon*:<br> -- United States trustee (*no electronic service is permitted*)<br> -- Judge's copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion:**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all person/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A)   ☐   Personal Delivery   ☐   Overnight Mail   ☐   First class mail   ☐   Facsimile*   ☐   Email*

| (B) *Deadlines:*<br><br>Date:<br><br>Time: | (C) *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all person/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A)   ☐   Personal Delivery   ☐   Overnight Mail   ☐   First class mail   ☐   Facsimile*   ☐   Email*

| (B) *Deadlines:*<br><br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All person/entities who filed a written opposition<br><br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☒ Other requirements:

ZoomGov Connection Information:
Video/audio web address:  https://cacb.zoomgov.com/j/1602432853
ZoomGov Meeting ID Number:      160 243 2853

Meeting Passcode:      3032026
Telephone conference lines:      1 (669) 254 5252 or 1 (646) 828 7666

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 3                     **F 9075-1.1.ORDER.SHORT.NOTICE**

(8) ☒  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

☐ at least 2 days before the hearing.

☒ no later than:                Date:   June 18, 2026                Time:  **10:00 a.m.**

*Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P.5(b)(2)(E).

###

Date: June 17, 2026

_Magdalena Reyes Bordeaux_
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 4                **F 9075-1.1.ORDER.SHORT.NOTICE**