

FILED & ENTERED

JUN 29 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>IVETH CALDERON<br><br>                  Debtor, | Case No. 6:26-BK-13602-RB<br><br>Chapter 13<br><br>**ORDER DENYING DEBTOR'S EMERGENCY MOTION FOR ORDER TO RECONSIDER DISMISSAL AND REINSTATE CASE** |

On May 5, 2026, Iveth Calderon ("Debtor") filed a voluntary chapter 13 petition. Debtor's filed incomplete schedules that were due on May 19, 2026. ECF Doc. 1. On May 15, 2026, Debtor filed a *Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan* ("Motion to Extend"). ECF Doc. 11. The Court granted the Motion to Extend and the deadline was extended to June 5, 2026. ECF Doc. 15. On June 4, 2026, Debtor filed a second Motion to Extend, which the Court granted. ECF Doc. 17, 18. The deadline was extended to June 11, 2026.

On June 25, 2026, the Court dismissed the case for failure to File Copies of Payment Advices (Pay Stubs) Required under Section 521(a)(1)(B)(iv). ECF Doc. 41. Debtor subsequently filed an *Emergency motion for Order to Reconsider Dismissal and Reinstate Case* (the "Motion"). ECF Doc. 44.

After reviewing the Motion, the relevant case documents, the procedural history of the case, and because the case was properly dismissed,

**IT IS ORDERED** that:

1.      the Motion is denied.

### 

Date: June 29, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge